# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 19, 2020

## NO. 03-19-00402-CR

**Sylvia Alexander, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment adjudicating guilt to reflect that the "Statute for Offense" is "22.01(a)(1), (b)(4) Penal Code." As modified, the trial court's judgment adjudicating guilt is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.